R. G. PACKARD CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the R. G. Packard Company against the City of New York. A. B. Kellogg, of New York City, for appellant. C. L. Barber, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 9.

RICHFIELD COMMERCIAL & SAVINGS BANK, Respondent, v. PURDY, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by the Richfield Commercial & Savings Bank against Sarah F. Purdy, as executrix. F. S. Gannon, Jr., for appellant. G. J. McDonnell, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RIDER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edward W. Rider against Saverio Gallo and another, impleaded with others. (Action No. 2.) No opinion. Judgment affirmed, with costs. See, also, 137 N. Y. Supp. 1140.

RIDER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edward W. Rider against Saverio Gallo and another, impleaded with others. (Action No. 3.) No opinion. Judgment affirmed, with costs. See, also, 137 N. Y. Supp. 1140.

RIDER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edward W. Rider against Saverio Gallo and another, impleaded with others. (Action No. 4.) No opinion. Judgment affirmed, with costs. See, also, 137 N. Y. Supp. 1140.

RIDER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edward W. Rider against Saverio Gallo and another, impleaded with others. (Action No. 5.) No opinion. Judgment affirmed, with costs. See, also, 137 N. Y. Supp. 1140.

RIDER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edward W. Rider against Saverio Gallo and another, impleaded with others. (Action No. 6.) No opinion. Judgment affirmed, with costs. See, also, 137 N. Y. Supp. 1140.

RIDER, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edward W. Rider against Saverio Gallo and another, impleaded with others. (Action No. 7.) No opinion. Judgment affirmed, with costs. See, also, 137 N. Y. Supp. 1140.

RILEY, Respondent, v. RANSOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Elizabeth B. Riley against Eleanor M. Ransom and others. No opinion. Motion to dismiss appeal denied, with $10 costs.

RITCHEY, Appellant, v. RITCHEY, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Sarah P. Ritchey against Henry F. Ritchey. J. Newman, of New York City, for appellant. W. L. Stone, of New York City, for respondent. No opinion. Order affirmed, without prejudice to renewal on proof of change in defendant's financial condition. Order filed.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of Geo. Robinson, an attorney. With this case has been consolidated in this court cases bearing titles as follows: Matter of William A. Hayes, an attorney; Matter of Clifford L. Beare, an attorney; Matter of Edward V. Slauson, an attorney; and Matter of Chester A. Bayliss, an attorney. No opinions. Referred to official referee. Settle orders on notice.

In re ROESCH. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of John B. Roesch, an attorney. No opinion. The proceeding is abated by the death of the respondent.

ROGERS, Respondent, v. ATLANTIC, G. & P. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 11, 1912.) Action by Elizabeth M. Rogers against the Atlantic, Gulf & Pacific Company. No opinion. Judgment and order unanimously affirmed, with costs, on the authority of Dix v. Jaquay, 94 App. Div. 554, 88 N. Y. Supp. 228, and the former decision in this case, 142 App. Div. 923, 127 N. Y. Supp. 1141.

ROGERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Sadie M. Rogers, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

ROGOWSKI v. BRILL (two cases). (Supreme Court, Appellate Division, First Department. November 1, 1912.) Actions by Henri Rogowski against Max Brill. No opinion. Applications granted. Orders signed. See, also, 74 Misc. Rep. 472, 132 N. Y. Supp. 370; 132 N. Y. Supp. 1144.

ROMAIN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate